The relief described hereinbelow is SO ORDERED.

Signed August 25, 2010.



_____
Ronald B. King
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| MONTE NIDO ESTATES, LLC | § | CASE NO. 10-60920-RBK |
| | § | |
| Debtor | § | Chapter 11 |

### ORDER EXPEDITING HEARING ON
### MOTION TO DISMISS CASE

Came on for consideration the United States Trustee's Motion to Expedite Hearing on Motion to Dismiss Case. The Court finds that the Motion has merit, and it is therefore

ORDERED that the hearing on the United States Trustee's Motion to Dismiss Case shall be held on August 31, 2010 at 1:30 p.m. in Waco, Texas. The United States Trustee shall serve notice of the expedited hearing on all persons listed on the Debtor's mailing matrix.

###