The relief described hereinbelow is SO ORDERED.

Signed September 03, 2010.



_____
Ronald B. King
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO  DIVISION

| In re | § | |
| | § | |
| MONTE NIDO ESTATES, LLC | § | CASE NO. 10-60920-rbk |
| | § | Chapter 11 |
| Debtor | § | |

### ORDER GRANTING OBJECTION TO MOTION FOR ADMISSION PRO HAC VICE AND MODIFYING PRIOR ORDER (DOCKET NO. 17)

Came on for hearing on August 31, 2010 the United States Trustee's Objection to Motion for Admission Pro Hac Vice.  The Court finds that the Objection has merit and that Leonard M. Ross is not a disinterested person with respect to the Debtor and is therefore not eligible to represent the Debtor.  It is therefore

ORDERED that the  United States Trustee's Objection to Motion for Admission Pro Hac Vice is GRANTED; and it is further

ORDERED that the Order Regarding Motion for Admission Pro Hac Vice filed by Leonard M. Ross (docket number 17) is hereby MODIFIED to admit Mr. Ross to represent himself and equity interests in the Debtor, but not the Debtor itself.

                                        ###