The relief described hereinbelow is SO ORDERED.

Signed September 13, 2010.



_____
Ronald B. King
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MONTE NIDO ESTATES, LLC | § | CASE NO. 10-60920-rbk |
| | § | |
| Debtor. | § | Chapter 11 |

**ORDER GRANTING MOTION TO EXPEDITE HEARING ON:**
**(I) MONTE NIDO ESTATES, LLC'S APPLICATION TO RETAIN AND EMPLOY**
**KELLY HART & HALLMAN LLP AS COUNSEL; AND**
**(II) JOINT MOTION TO SUBSTITUTE COUNSEL**

Having considered the Motion to Expedite Hearing (the "Motion to Expedite") on (I) Monte Nido Estates, LLC's Application to Retain and Employ Kelly Hart & Hallman LLP as Counsel; and (II) Joint Motion to Substitute Counsel (the "Motions"), the Court finds and concludes that good cause exists for an expedited hearing. It is therefore:

ORDERED that the Motion to Expedite is GRANTED; and it is further;

ORDERED that the Motions are scheduled for expedited hearing on the 14 day of September, 2010, at 2:30 p.m., before the Honorable Ronald B. King, in the Bankruptcy

1

Court for the Western District of Texas—Waco Division, 800 Franklin Avenue, Suite 140, Waco, Texas 76701. Notice of the hearing shall be given by Monte Nido Estates, LLC

###END OF ORDER###