The relief described hereinbelow is SO ORDERED.

Signed September 16, 2010.



Ronald B. King
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MONTE NIDO ESTATES, LLC, | § | CASE NO. 10-60920-RBK |
| | § | |
| DEBTOR | § | CHAPTER 11 |

**ORDER DISMISSING MOTION AS WITHDRAWN**

On September 14, 2010, came on to be heard the *Motion to Dismiss Case* filed by **Charles F. McVay, United States Trustee for Region 7** (Court document #23), and it appears to the Court that the Motion should be dismissed as withdrawn.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Motion to Dismiss Case* is hereby **DISMISSED AS WITHDRAWN**.

# # #