UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Petition Date: 7/28/2010

CASE NAME: Monte Nido Estates, LLC
c/o Rosseo Holdings, Inc.

CASE NUMBER: 10-60920-RBK

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH August YEAR 2010

| MONTH | August |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0 |   |   |   |   |   |   |
| INCOME BEFORE INT, DEPREC/TAX (MOR-6) | 0 |   |   |   |   |   |   |
| NET INCOME (LOSS) (MOR-6) | 0 |   |   |   |   |   |   |
| PAYMENTS TO INSIDERS (MOR-9) | 0 |   |   |   |   |   |   |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0 |   |   |   |   |   |   |
| TOTAL DISBURSEMENTS (MOR-8) | 0 |   |   |   |   |   |   |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

CIRCLE ONE

Are all accounts receivable being collected within terms? **Yes** No
Are all post-petition liabilities, including taxes, being paid within terms? **Yes** No
Have any pre-petition liabilities been paid? Yes **No** If so, describe

Are all funds received being deposited into DIP bank accounts? **Yes** No
Were any assets disposed of outside the normal course of business? Yes **No**
If so, describe
Are all U. S. Trustee Quarterly Fee Payments current? **Yes** No
What is the status of your Plan of Reorganization?
PLAN TO BE FILED WITHIN 90 DAYS OF 9/20/10

*REQUIRED INSURANCE MAINTAINED*
*AS OF SIGNATURE DATE*          EXP.

| | DATE |
|---|---|
| CASUALTY | YES(✓)NO( ) |
| LIABILITY | YES(✓)NO( ) |
| VEHICLE | YES(✓)NO( ) |
| WORKER'S | YES(✓)NO( ) |
| OTHER | YES(✓)NO( ) |

ATTORNEY NAME: ~~Ronald L. Pearson~~ KELLY HART & HALLMAN LLP
FIRM: ~~Pearson & Pearson~~
ADDRESS: ~~2409 Bird Creek Terrace~~ 201 MAIN ST. #2500 FORT WORTH TX 76102
ADDRESS:
CITY, STATE ZIP: ~~Temple, TX 76502-1889~~ ~~254-770-609~~ ~~254-778-9690~~
TELEPHONE: (817) 332-2500

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED _[signature]_
(ORIGINAL SIGNATURE)

TITLE Vice President Rosseo Holdings Inc
General Partner

MOR-1

CASE NAME: Monte Nido Estates, LLC
c/o Rossco Holdings, Inc.

CASE NUMBER: 10-60920-RBK

# COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 7/28/2010 | MONTH AUGUST | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | | | |
| Cash (ACTUAL) | 86 | 306 | | | | | | | |
| Accounts Receivable, Net | 0 | 0 | | | | | | | |
| Inventory: Lower of Cost or Market | 0 | 0 | | | | | | | |
| Prepaid Expenses | 0 | 0 | | | | | | | |
| Investments | 0 | 0 | | | | | | | |
| Other | 0 | 0 | | | | | | | |
| TOTAL CURRENT ASSETS | 86 | 306 | | | | | | | |
| PROPERTY, PLANT&EQUIP, @ COST | 0 | 0 | | | | | | | |
| Less Accumulated Depreciation | 0 | 0 | | | | | | | |
| NET BOOK VALUE OF PP & E | 0 | 0 | | | | | | | |
| OTHER ASSETS: | | | | | | | | | |
| 1. Tax Deposits | 0 | 0 | | | | | | | |
| 2. Investments in Subs | 0 | 0 | | | | | | | |
| 3. LAND (COST BASIS) | 1,804,502 | 1,804,502 | | | | | | | |
| 4. (attach list) | 0 | 0 | | | | | | | |
| TOTAL ASSETS | 1,804,588 | 1,804,808 | | | | | | | |

*Per Schedules and Statement of Affairs

MOR-2

Revised: 6/14/99

CASE NAME: Monte Nido Estates, LLC
c/o Rossco Holdings, Inc.

CASE NUMBER: 10-60920-RBK

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 7/28/2010 | MONTH August | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | | |
| POST-PETITION LIABILITIES (MOR-4) | 0 | 220 | | | | | | |
| **PRE-PETITION LIABILITIES:** | | | | | | | | |
| Notes Payable-Secured | 8,999,088 | 8,999,088 | | | | | | |
| Priority Debt | 0 | 0 | | | | | | |
| Federal Income Tax | 0 | 0 | | | | | | |
| FICA/Withholding | 0 | 0 | | | | | | |
| Unsecured Debt | 60,576 | 60,576 | | | | | | |
| Other — Franchise Tax Board | 800 | 800 | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 9,060,464 | 9,060,464 | | | | | | |
| **TOTAL LIABILITIES** | 9,060,464 | 9,060,684 | | | | | | |
| **OWNERS'S EQUITY (DEFICIT):** | | | | | | | | |
| PREFERRED STOCK | 0 | 0 | | | | | | |
| COMMON STOCK | 0 | 0 | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | 0 | 0 | | | | | | |
| RETAINED EARNINGS: Filing Date | (7,255,876) | 0 | | | | | | |
| RETAINED EARNINGS: Post Filing Date | 0 | 0 | | | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | (7,255,876) | (7,255,876) | | | | | | |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | 1,804,588 | 1,804,808 | | | | | | |

MOR-3

*Per _Schedules and Statement of Affairs_

Revised 6/14/96

CASE NAME: Monte Nido Estates, LLC
c/o Rossco Holdings, Inc.

CASE NUMBER: 10-60920-RBK

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH August | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | | | | | | | |
| TAX PAYABLE: | | | | | | | |
| Federal Payroll Taxes | 0 | | | | | | |
| State Payroll & Sales | 0 | | | | | | |
| Ad Valorem Taxes | 0 | | | | | | |
| Other Taxes | 0 | | | | | | |
| TOTAL TAXES PAYABLE | 0 | | | | | | |
| SECURED DEBT POST-PETITION | 0 | | | | | | |
| ACCRUED INTEREST PAYABLE | 0 | | | | | | |
| *ACCRUED PROFESSIONAL FEES: | 0 | | | | | | |
| OTHER ACCRUED LIABILITIES: | | | | | | | |
| 1. Advance - Rcsk (to fund D.i.p. Accts) | 220 | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| *TOTAL POST-PETITION LIABILITIES (MOR-3)* | 220 | | | | | | |

* Payment Requires Court Approval.

MOR-4

Revised: 6/1/96

CASE NAME: Monte Nido Estates, LLC
c/o Rossco Holdings, Inc.

CASE NUMBER: 10-60920-RBK

## AGING OF POST-PETITION LIABILITIES
MONTH August

| DAYS | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 220 | 0 | 0 | 0 | 0 | 220 (TO FUND D.I.L. Accts) |
| 31-60 | 0 | 0 | 0 | 0 | 0 | 0 |
| 61-90 | 0 | 0 | 0 | 0 | 0 | 0 |
| 91 + | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 220 | 0 | 0 | 0 | 0 | 220 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | August |
|---|---|
| 0-30 DAYS | 0 |
| 31-60 DAYS | 0 |
| 61-90 DAYS | 0 |
| 91 + DAYS | 0 |
| TOTAL | 0 |

MOR-5

Revised:6/14/96

CASE NAME: Monte Nido Estates, LLC
c/o Rossco Holdings, Inc.

CASE NUMBER: 10-60920-RBK

## STATEMENT OF INCOME (LOSS)

| MONTH | August | | | | | | | | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 0 | | | | | | | | |
| TOTAL COST OF REVENUES | 0 | | | | | | | | |
| GROSS PROFIT | 0 | | | | | | | | |
| OPERATING EXPENSES: | | | | | | | | | |
| Selling & Marketing | 0 | | | | | | | | |
| General & Administrative | 0 | | | | | | | | |
| Insiders Compensation | 0 | | | | | | | | |
| Professional Fees | 0 | | | | | | | | |
| Other (attach list) | 0 | | | | | | | | |
| TOTAL OPERATING EXPENSES | 0 | | | | | | | | |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 0 | | | | | | | | |
| INTEREST EXPENSE | 0 | | | | | | | | |
| DEPRECIATION | 0 | | | | | | | | |
| OTHER (INCOME) EXPENSE* | 0 | | | | | | | | |
| OTHER ITEMS** | 0 | | | | | | | | |
| TOTAL INT, DEPR & OTHER ITEMS | 0 | | | | | | | | |
| NET INCOME BEFORE TAXES | 0 | | | | | | | | |
| FEDERAL INCOME TAXES | 0 | | | | | | | | |
| NET INCOME (LOSS) (MOR-1) | 0 | | | | | | | | |

Accrual Accounting Required, Otherwise Footnote With Explanation
* Footnote Mandatory
** Unusual and/or infrequent item(s) outside the ordinary course of business; requires footnote

MOR-6

Revised 6/14/96

CASE NAME: Monte Nido Estates, LLC
c/o Rossco Holdings, Inc.

CASE NUMBER: 10-60920-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH August | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | 86 | | | | | | |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 0 | | | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 0 | | | | | | |
| 4. LOANS & ADVANCES (attach list) (Fund D.I.P fees) (bank-insiden) | 220 | | | | | | |
| 5. SALE OF ASSETS | 0 | | | | | | |
| 6. OTHER (attach list) | 0 | | | | | | |
| TOTAL RECEIPTS | 220 | | | | | | |
| (Withdrawal)Contribution by Individual Debtor MFR-2* | 0 | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 0 | | | | | | |
| 8. PAYROLL TAXES PAID | 0 | | | | | | |
| 9. SALES, USE & OTHER TAXES PAID | 0 | | | | | | |
| 10. SECURED / RENTAL / LEASES | 0 | | | | | | |
| 11. UTILITIES | 0 | | | | | | |
| 12. INSURANCE | 0 | | | | | | |
| 13. INVENTORY PURCHASES | 0 | | | | | | |
| 14. VEHICLE EXPENSES | 0 | | | | | | |
| 15. TRAVEL & ENTERTAINMENT | 0 | | | | | | |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 0 | | | | | | |
| 17. ADMINISTRATIVE & SELLING | 0 | | | | | | |
| 18. OTHER (attach list) | 0 | | | | | | |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0 | | | | | | |
| 19. PROFESSIONAL FEES | 0 | | | | | | |
| 20. U.S. TRUSTEE FEES | 0 | | | | | | |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | 0 | | | | | | |
| TOTAL DISBURSEMENTS | 0 | | | | | | |
| 22. NET CASH FLOW | 0 | | | | | | |
| 23. CASH - END OF MONTH (mor-2) | 306 | | | | | | |

MOR-7

*Applies to Individual debtor's only.

Revised 6/14/06

CASE NAME: Monte Nido Estates, LLC
c/o Rossco Holdings, Inc.

CASE NUMBER: 10-60920-RBK

## CASH ACCOUNT RECONCILIATION
## MONTH OF

| BANK NAME | Wells Fargo | Non D.I.P. | Wells Fargo | Wells Fargo | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #8226116714 | # Accts | #8226116923 | #7064501062 | |
| ACCOUNT TYPE | (DIP) OPERATING | CLOSED | (DIP) TAX | (DIP) Depository/OTHER FUNDS | TOTAL |
| BANK BALANCE | 100 | 0 | 100 | 106 | 306 |
| DEPOSIT IN TRANSIT | 0 | 0 | 0 | 0 | 0 |
| OUTSTANDING CHECKS | 0 | 0 | 0 | 0 | 0 |
| ADJUSTED BANK BALANCE | 100 | 0 | 100 | 106 | 306 |
| BEGINNING CASH - PER BOOKS | 0 | 86 | 0 | 0 | 86 |
| RECEIPTS | 100 | 0 | 100 | 20 | 220 |
| TRANSFERS BETWEEN ACCOUNTS | 0 | (86) | 0 | 86 | 0 |
| (WITHDRAWAL)CONTRIBUTION- BY INDIVIDUAL DEBTOR MFR-2 | 0 | 0 | 0 | 0 | 0 |
| CHECKS/OTHER DISBURSEMENTS | 0 | 0 | 0 | 0 | 0 |
| ENDING CASH - PER BOOKS | 100 | 0 | 100 | 106 | 306 |

MOR-8

Revised:6/14/96

CASE NAME: Monte Nido Estates, LLC
c/o Rosseo Holdings, Inc.

CASE NUMBER: 10-60920-RBK

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary.)

| INSIDERS: NAME/POSITION/COMP TYPE | MONTH August | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | 0 | | | | | |

| PROFESSIONALS NAME/ORDER DATE | MONTH August | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | 0 | | | | | |

MOR-9

Revised 6/14/96