IT IS HEREBY ADJUDGED and DECREED that the
below described is SO ORDERED.

Dated: October 13, 2010.



_____
**CRAIG A. GARGOTTA**
**UNITED STATES BANKRUPTCY JUDGE**
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| COLONY LODGING, INC. | § | CASE NO. 10-60909-RBK |
| MONTE NIDO ESTATES, LLC | § | CASE NO. 10-60920 |
| ROSSCO HOLDINGS, INC. | § | CASE NO. 10-60953 |
| WM PROPERTIES, LTD. | § | CASE NO. 10-60918 |
| | § | |
| Debtor. | § | Chapter 11 |

**AMENDED ORDER GRANTING MOTION TO CONTINUE HEARING ON**
**MOTION BY PACIFIC MERCANTILE BANK TO APPOINT A CHAPTER 11**
**TRUSTEE OR, IN THE ALTERNATIVE, APPOINT AN EXAMINER**

The Court, having reviewed the Motion to Continue Hearing (the "Motion to Continue")

on Motion by Pacific Mercantile Bank ("PMB") to Appoint a Chapter 11 Trustee or, in the

Alternative, Appoint an Examiner (the "Motion"), finds that good and sufficient cause exists to

grant the relief requested therein; it is therefore

ORDERED that the Motion to Continue is GRANTED; and it is further

ORDERED that the hearing on the Motion is continued from its current setting of October 12, 2010, to a date to be determined by and at the discretion of the United States Bankruptcy Court for the Central District of California; and it is further

ORDERED that the Debtor shall file amended, correct schedules and statements of financial affairs as required by Bankr. R. 1007(b) on or before October 29, 2010.

# # #

Order prepared and submitted by:

Patricia B. Tomasco
State Bar No. 01797600
MUNSCH HARDT KOPF & HARR, P.C.
401 Congress Avenue, Suite 3050
Austin, Texas 78701
Telephone: (512) 391-6100
Facsimile: (512) 391-6149
Email: ptomasco@munsch.com

-and-

Justin E. Rawlins (admitted *pro hac vice*)
California State Bar No. 209915
WINSTON & STRAWN LLP
333 South Grand Avenue, Suite 3800
Los Angeles, California 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750
Email: jrawlins@winston.com

**ATTORNEYS FOR PACIFIC MERCANTILE BANK**