SIN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MONTE NIDO ESTATES, LLC | § | CASE NO. 10-60920-RBK |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |
| | § | |

**STIPULATION WITH REGARD TO MOTION OF
PACIFIC MERCANTILE BANK FOR AN ORDER
(A) DETERMINING THAT MONTE NIDO ESTATES, LLC
IS A SINGLE ASSET REAL ESTATE DEBTOR, AND
(B) REQUIRING THAT MONTE NIDO ESTATES, LLC COMPLY WITH
THE REQUIREMENTS OF BANKRUPTCY CODE § 362(d)(3)**

Monte Nido Estates, LLC, debtor and debtor-in-possession (the "Debtor"), and Pacific Mercantile Bank ("PMB") hereby agree and stipulate as follows (this "Stipulation"):

**I.**

**RECITALS**

A. On July 28, 2010, the Debtor commenced this voluntary bankruptcy case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

B. On August 18, 2010, PMB filed that certain *Motion of Pacific Mercantile Bank for an Order (A) Determining that Monte Nido Estates, LLC Is a Single Asset Real Estate Debtor, and (B) Requiring that Monte Nido Estates, LLC Comply with the Requirements of Bankruptcy Code § 362(d)(3)* [Docket No. 8] (the "Motion"). A hearing on the Motion was held on September 29, 2010 at 10:00 a.m. at which time the parties announce the terms documented in this Stipulation.

C. The Debtor and PMB have engaged in good faith negotiations to consensually resolve the issues raised by the Motion.

NOW THEREFORE, in consideration of the mutual covenants contained herein, and other good and valuable consideration, it is hereby stipulated and agreed by and between the

Debtor and PMB as follows:

## II.

## **AGREEMENT**

1. The Debtor meets the definition of a "single asset real estate" debtor, as that term is defined and used in section 101(51B) of the Bankruptcy Code and is subject to Bankruptcy Code § 362(d)(3).

2. PMB reserves all rights including, without limitation, its rights to (i) move for relief from the automatic stay at any time, (ii) assert claims for interest at the default rate and any fees, charges or expenses allowable under any agreements between PMB and the Debtor or under applicable law, and (iii) assert any claim as an administrative priority or super-priority claim as provided under the Bankruptcy Code.

3. The Court will retain jurisdiction to hear and determine all matters arising from implementation of this Stipulation.

4. This Stipulation may be executed in one or more counterparts, each of which shall constitute an original, but all of which taken together shall be one and the same instrument. A facsimile or .pdf copy of a signature page is the equivalent of an original signature page.

[Signatures follow]

**AGREED:**

Dated: September 27, 2010

| | |
|---|---|
| **KELLY HART & HALLMAN LLP** | **MUNSCH HARDT KOPF & HARR, P.C.** |
| | |
| /s/ Clay M. Taylor | Patricia B. Tomasco |
| Michael A. McConnell | State Bar No. 01797600 |
| Texas Bar I.D. 13447300 | MUNSCH HARDT KOPF & HARR, P.C. |
| michael.mcconnell@kellyhart.com | 401 Congress Avenue, Suite 3050 |
| Clay M. Taylor | Austin, Texas 78701 |
| Texas Bar I.D. 2403326 | Telephone: (512) 391-6100 |
| josh.osborne@kellyhart.com | Facsimile: (512) 391-6149 |
| KELLY HART & HALLMAN LLP | Email: ptomasco@munsch.com |
| 201 Main Street, Suite 2500 | |
| Fort Worth, Texas 76102 | - and - |
| Telephone: 817/332-2500 | |
| Telecopy: 817/878-9280 | WINSTON & STRAWN LLP |
| | /s/ Justin E. Rawlins |
| **ATTORNEYS FOR MONTE NIDO ESTATES, LLC** | Justin E. Rawlins (admitted *pro hac vice*) |
| | California State Bar No. 209915 |
| | WINSTON & STRAWN LLP |
| | 333 South Grand Avenue, Suite 3800 |
| | Los Angeles, California 90071-1543 |
| | Telephone: (213) 615-1700 |
| | Facsimile: (213) 615-1750 |
| | Email: jrawlins@winston.com |
| | |
| | **ATTORNEYS FOR PACIFIC MERCANTILE BANK** |

# CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2010, a true and correct copy of the foregoing "STIPULATION WITH REGARD TO MOTION OF PACIFIC MERCANTILE BANK FOR AN ORDER (A) DETERMINING THAT MONTE NIDO ESTATES, LLC IS A SINGLE ASSET REAL ESTATE DEBTOR, AND (B) REQUIRING THAT MONTE NIDO ESTATES, LLC COMPLY WITH THE REQUIREMENTS OF BANKRUPTCY CODE § 362(d)(3)STIPULATION WITH REGARD TO MOTION OF PACIFIC MERCANTILE BANK FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362(D)(1)" was served (i) upon those parties registered to receive electronic notice via the Court's ECF system which sent notification to all parties of interest participating in the CM/ECF system.

                                                */s/ Justin E. Rawlins*
                                                 Justin E. Rawlins