**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 15, 2010.**



_____
**CRAIG A. GARGOTTA**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MONTE NIDO ESTATES, LLC | § | CASE NO. 10-60920-RBK |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |
| | § | |

### ORDER APPROVING STIPULATION WITH REGARD TO MOTION OF
### PACIFIC MERCANTILE BANK FOR AN ORDER
### (A) DETERMINING THAT MONTE NIDO ESTATES, LLC
### IS A SINGLE ASSET REAL ESTATE DEBTOR, AND
### (B) REQUIRING THAT MONTE NIDO ESTATES, LLC COMPLY WITH
### THE REQUIREMENTS OF BANKRUPTCY CODE § 362(d)(3)

The Court, having considered the _Stipulation with Regard to Motion of Pacific Mercantile Bank for an Order (A) Determining that Monte Nido Estates, LLC Is a Single Asset Real Estate Debtor, and (B) Requiring that Monte Nido Estates, LLC Comply with the Requirements of Bankruptcy Code § 362(d)(3)_ [Docket No. 101] (the "Stipulation"), and the Court having determined that the Stipulation is fair and reasonable and in the best interests of the Debtor, its estate and creditors, it is therefore **ORDERED** as follows:

1.      The Stipulation is approved in its entirety;

2.	This Order will be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code;

3.	The Court will retain jurisdiction to hear and determine all matters arising from implementation of this Order.

# # #

Order prepared and submitted by:
Patricia B. Tomasco
State Bar No. 01797600
MUNSCH HARDT KOPF & HARR, P.C.
401 Congress Avenue, Suite 3050
Austin, Texas  78701
Telephone:  (512) 391-6100
Facsimile:  (512) 391-6149
Email:  ptomasco@munsch.com

-and-

Justin E. Rawlins (admitted *pro hac vice*)
California State Bar No. 209915
WINSTON & STRAWN LLP
333 South Grand Avenue, Suite 3800
Los Angeles, California 90071-1543
Telephone: (213) 615-1700
Facsimile:  (213) 615-1750
Email: jrawlins@winston.com

ATTORNEYS FOR PACIFIC MERCANTILE BANK