# UNITED STATES BANKRUPTCY COURT
## *Western District of Texas*
**800 Franklin Avenue, Suite 140**
**Waco, Texas 76701**

*GEORGE D. PRENTICE II*                                                       *(254) 750–1513*
*CLERK OF COURT*

**DATE:** October 19, 2010

**Justin E. Rawlins**
**WINSTON & STRAWN LLP**
**333 South Grand Avenue, Suite 3800**
**Los Angeles, CA 90071–1543**

**RE:**    **Order Due**

         Bankruptcy Case No.:    **10–60920–cag**
                   Case Style:    Monte Nido Estates, LLC

Dear    Mr. Rawlins:

     During a periodic review of case files and docket sheets, the Clerk's Office records reflected that you were directed to prepare a form of order in conformance with the Court's ruling on 9/29/2010

| 108 – | *8* – | Motion of Pacific Mercantile Bancorp for an Order (a) Determining that Monte Nido Estates, LLC is a Single Asset Real Estate Debtor, and (b) Requiring that Monte Nido Estates, LLC Comply with the Requirements of Bankruptcy Code Section 362(d)(3) filed by Patricia Baron Tomasco for Creditor Pacific Mercantile Bancorp (Tomasco, Patricia) |
|---|---|---|
| 8 | | |

     According to our files, no such order has been entered, and as a result, the court records are incomplete.

     Please submit a form of order, resolving the above–referenced matter, by **11/9/10**. If no order is received, the Court may dismiss the matter for want of prosecution.

                                                     George D. Prentice II
                                                     Clerk, U. S. Bankruptcy Court

                                                     BY: Jerrie Witt

**IF AN ORDER HAS ALREADY BEEN SENT, PLEASE DISREGARD THIS LETTER.**

| 903 San Jacinto, Suite 322 | 8515 Lockheed | U.S. Post Office Annex | Hipolito F. Garcia Federal Bldg |
|---|---|---|---|
| Austin, Texas 78701 | El Paso, Texas 79925 | 100 E. Wall Street, Room P–163 | and U.S. Courthouse |
| (512) 916–5237 | (915) 779–7362 | Midland, Texas 79701 | 615 E. Houston Street, Suite 137 |
| | | (432) 683–1650 | San Antonio, Texas 78205 |
| | | | (210) 472–6720 |

**[Order Due Letter]** [Ltrodap]