The relief described hereinbelow is SO ORDERED.

Signed October 20, 2010.



_____
Ronald B. King
United States Chief Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| MONTE NIDO ESTATES, LLC | § § | CASE NO. 10-60920-RBK |
| Debtor. | § § | Chapter 11 |
| | § § | |

**ORDER GRANTING MOTION OF
PACIFIC MERCANTILE BANK FOR AN ORDER
(A) DETERMINING THAT MONTE NIDO ESTATES, LLC
IS A SINGLE ASSET REAL ESTATE DEBTOR, AND
(B) REQUIRING THAT MONTE NIDO ESTATES, LLC COMPLY WITH
THE REQUIREMENTS OF BANKRUPTCY CODE § 362(d)(3)**

Upon the motion (the "Motion")[1] filed on August 18, 2010 by Pacific Mercantile Bank, seeking a determination that the Debtor is a single asset real estate debtor and requiring that the Debtor comply with section 362(d)(3) of the Bankruptcy Code; it appearing that good cause exists to grant the requested relief; the Court having considered the Motion and all related pleadings, documents, and argument of counsel; it appearing that the form, scope, and timing of notice of the Motion was adequate under the circumstances;

---

[1] Capitalized terms not defined herein have the meaning ascribed to them in the Motion.

IT IS HEREBY ORDERED that:

1. The Motion is granted.

2. The Debtor meets the definition of a "single asset real estate" debtor, as that term is defined and used in section 101(51B) of the Bankruptcy Code and is subject to Bankruptcy Code § 362(d)(3).

3. This Order will be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code;

4. The Court will retain jurisdiction to hear and determine all matters arising from implementation of this Order.

# # #

Order prepared and submitted by:
Patricia B. Tomasco
State Bar No. 01797600
MUNSCH HARDT KOPF & HARR, P.C.
401 Congress Avenue, Suite 3050
Austin, Texas 78701
Telephone: (512) 391-6100
Facsimile: (512) 391-6149
Email: ptomasco@munsch.com

-and-

Justin E. Rawlins (admitted *pro hac vice*)
California State Bar No. 209915
WINSTON & STRAWN LLP
333 South Grand Avenue, Suite 3800
Los Angeles, California 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750
Email: jrawlins@winston.com

ATTORNEYS FOR PACIFIC MERCANTILE BANK

LA:280744.1